| Prob 22 (2/98) | TRANSFER OF JURISDICTION | FILED BY _____ D.C. 2005 AUG -2 AM 10: 46 | DOCKET NUMBER (Tran Court) 2:99CR00080-002 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec Court) 05-20247 MI An |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Kavious Lamonte Newsom Memphis, TN | DISTRICT Northern District of Mississippi | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Glen H. Davidson | |
| | DATES OF PROB/TSR RELEASE | FROM 9/24/03 | TO: 9/23/06 |

**OFFENSE**

Conspiracy to Steal Goods from Interstate Shipments and Possess and Transport Stolen Goods in Interstate Commerce

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/28/05
Date

_/s/ Glen H. Davidson_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Aug 1, 2005
Date

_/s/ Jon P. McCalla_
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-2-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20247 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT